UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY AUSBORN, <br><br> Plaintiff, <br><br> v. <br><br> CHCF CALIFORNIA, *et al.*, <br><br> Defendants. | 1:19-cv-00696 JDP <br><br> ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action under 42 U.S.C. § 1983, together with a request to proceed *in forma pauperis* under 28 U.S.C. § 1915.

In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in San Joaquin County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Under Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. This court will not rule on plaintiff's request to proceed *in forma pauperis*.

1

IT IS SO ORDERED.

Dated:   May 25, 2019                              _____
                                                  UNITED STATES MAGISTRATE JUDGE

     Accordingly:

     1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

     2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

     3. This court has not ruled on plaintiff's request to proceed *in forma pauperis*.

No. 203