UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY AUSBORN,<br><br>  Plaintiff,<br><br>  v.<br><br>CHCF CALIFORNIA, et al.,<br><br>  Defendants. | No. 2:19-cv-0960 KJM AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 13, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 13, 2019, are adopted in full;

2. Defendants State of California and the California Governor are dismissed from this action;

3. Plaintiff's motions and requests for preliminary injunctive relief (ECF Nos. 3, 19, 20, 23, 24, 25, 27, 30 and 35) are denied without prejudice;

4. Further, on the same grounds, plaintiff's most recent motion for preliminary injunctive relief (ECF No. 42) is also denied without prejudice; and

5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: October 1, 2019.

_____
UNITED STATES DISTRICT JUDGE