UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY AUSBORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHCF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0960 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 25, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 46. Plaintiff has filed three matters, *see* ECF Nos. 47-49, which the court construes as objections to the findings and recommendations, while noting that one filing appears to request information on habeas corpus. While the court cannot provide legal advice, it will direct the Clerk of Court to send plaintiff a copy of a habeas corpus petition form.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 25, 2019, are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of Court is directed to send plaintiff a copy of the court's standard form for filing a petition for habeas corpus.

DATED: January 9, 2020.

CHIEF UNITED STATES DISTRICT JUDGE